No. 02–6407. REYES-VEJERANO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–6408. BRIGGS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–6409. TURNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–6410. WHITEHURST *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–6414. AMADIOHA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6424. JOHNSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–6425. SETTE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6426. NODD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6428. WOODS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6429. BRICE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6430. WILLIAMS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 02–6434. GRULLON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–6436. FLORES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6437. GARDUNO-MONTOYA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6439. HILLGARTNER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–6440. HUGHES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.